

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Brucato, Daniel Peter DEFENDANT(S). | CASE NUMBER SACR 13-120 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___8/19/13___, ___, at ___1:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
           (Other custodial officer)

Dated: ___8/14/13___                            ___[signature]___  ROBERT N. BLOCK
                                                U.S. District Judge/Magistrate Judge